**Continuing Abatement Order filed December 17, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00665-CV

_____

### DOV  AVNI KAMINETZKY, Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-12988**

---

## CONTINUING ABATEMENT ORDER

The court abated this appeal on May 19, 2015, for the trial court to make findings of fact and conclusions of law per appellant's request. We ordered the trial court to file its findings and conclusions by June 18, 2015.

On July 24, 2015, the district clerk filed a letter stating the trial court had not signed findings of fact and conclusions of law and that they would be filed in this court as soon as they were available.

On October 9, 2015, we sent a letter to the trial court, asking it to send the requested findings and conclusions at the earliest possible date. The district clerk filed a letter on October 14, 2015, again stating the trial court had not signed findings and conclusions.

When an appellant timely files a request for findings of fact and conclusions of law and a timely notice of past due findings, the trial court's error in failing to file findings of fact and conclusions of law is generally presumed to be harmful, unless the record before the appellate court affirmatively shows that the complaining party has suffered no injury. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989); E*lectronic Power Design, Inc., v. R.A. Hanson Co., Inc.*, 821 S.W.2d 170, 171 (Tex. App.—Houston [14th Dist.] 1991, no writ).

Accordingly, we **ORDER** the trial court to make the requested findings of fact and conclusion of law and include them in a supplemental clerk's record to be filed in this court on or before **January 5, 2016**.

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM